RANDOLPH PERKINS and ANNA V. R. GREEN, complainants-respondents,

*v.*

SARAH L. ROBERTSON, MAUD I. WAGNER and DEAL BEACH REALTY COMPANY, a corporation, defendants-appellants.

[Submitted March term, 1921. Decided June term, 1921.]

On appeal from the court of chancery advised by Vice-Chancellor Griffin, whose opinion is reported in *92 N. J. Eq. 526.*

*Mr. Robert H. McCarter* and *Mr. William M. Rysdyk,* for the appellants.

*Messrs. Heyman & Heyman,* for the respondents.

PER CURIAM.

Vice-Chancellor Griffin, by an opinion filed in the court of chancery, rendered a decision of the principal contention in this case in favor of the respondents upon three grounds, viz.—first, that the contract alleged by the defendants was not proved,

and second, if proved it was without consideration, and third, if proved performance was prevented by the subsequent acts of the defendants themselves. We agree that the decree should be affirmed, for the reasons stated by the learned vice-chancellor under the first and third grounds above enumerated. Upon the question whether if a contract had been proved it would have been supported by a valid consideration we express no opinion. The decree is affirmed, with costs.

*For affirmance*—THE CHIEF-JUSTICE, SWAYZE, TRENCHARD, PARKER, BERGEN, MINTURN, KALISCH, BLACK, KATZENBACH, HEPPENHEIMER, WILLIAMS, GARDNER—12.

*For reversal*—None.